**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

|  |  |
|---|---|
| **In re:** :  |  |
|  : |  |
| **Amy L. Galindo  FKA Amy L.** : | **Case No.:  11-45386** |
| **Maher** : | **Chapter 13** |
|  : | **Judge Carol A. Doyle** |
| **Debtor.** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
|  : |  |

**Name of creditor**   BANK OF AMERICA, N.A.                **Court claim no.** (if known)  _____

**Last four digits** of any number
you use to identify the debtor's
account:              9307

## Response to Notice of Final Cure Payment

As contemplated by Fed. R. Bankr. Proc. 3002, BANK OF AMERICA, N.A. ("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 11/26/13 and filed as Docket No. 45

## Pre-Petition Default Payments (applicable option is checked)

☒  Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐  Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

## Post-Petition Default Payments (applicable option is checked)

☐  Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☒  Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:      $3,305.68

Attached as Exhibit B is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

13-039645_CJP

## Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐  I am the creditor.        ☐   I am the creditor's authorized agent.
                                  (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**𝙭**  /s/ Cari A. Kauffman                              Date   December 13, 2013
    Signature

Print:         Cari A. Kauffman (6301778)               Title   Attorneys for Creditor

               Keith Levy (6279243)

               Sarah E. Willms (28840-64)

               Stacey A. O'Stafy (0070386)


Company        Manley Deas Kochalski LLC

Address        P.O. Box 165028
               Number          Street

               Columbus OH  43216-5028
               City            State        ZIP Code

Contact phone   614-220-5611                            Email   cak@manleydeas.com

13-039645_CJP

## Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Monthly Payment | October 2013 | (1) $ | 1,680.16 |
| 2. | Monthly Payment | November 2013 | (2) $ | 1,676.47 |
| | | | | |
| | Unapplied funds Credit | | | -50.95 |
| | Total prepetition fees, expenses, and charges. Add all of the amounts listed above. | | (5) $ | $3,305.68 |

13-039645_CJP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final

Cure was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee,
Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Joseph R. Ramos
Attorney for Amy L. Galindo  FKA Amy L.
Maher
Law Office of Joseph R. Ramos
340 N. Lake Street
Aurora, IL  60506
joseph@jramoslaw.com

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL  60532

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale
Blvd,  Grandview Heights, OH 43212,  before the hour of 5:00 p.m. on December 13, 2013:

Amy L. Galindo  FKA Amy L. Maher
1370 Church Road
Aurora, IL  60505

Bank of America
450 American Street
SV416X
Simi Valley, CA  93062

/s/ Cari A. Kauffman

13-039645_CJP